# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE/GREAT FALLS DIVISIONS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER GLENN LAKEY,<br><br>Defendant. | CR 17-4-BU-BMM<br>CR 11-75-GF-BMM<br><br>ORDER |

On June 10, 2019, Defendant Christopher Glenn Lakey appeared before the Court on a petition alleging he violated conditions of his supervised release. The Court advised Defendant of his rights relative to the petition, and he requested a preliminary hearing.

Having conducted the preliminary hearing, and based on the evidence presented, the Court finds no probable cause to believe that Defendant violated the conditions of his release as alleged in the petition.

DATED this 10th day of June, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge